UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80807-CIV-COHN/SNOW

AIRTIME MANAGEMENT, INC.,

       Plaintiff,

v.

TIME TECHNOLOGIES, INC., et al.,

       Defendants.

_____/



### O R D E R

THIS CAUSE is before the Court on counsel David Selingo's Motion to Appear *Pro Hac Vice* (DE 26). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. David Selingo, Esquire, is hereby permitted to enter limited appearances for purposes of representing the defendants **Time Technologies and Joseph Bekanich** in this cause; Wendell Locke, Esquire, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this _____ day of January, 2005.

                                     _____
                                     LURANA S. SNOW
                                     UNITED STATES MAGISTRATE JUDGE

Copies to:

See Attached Service List

## **SERVICE LIST**

## **CASE NO. 05-80807-CIV-COHN/SNOW**

Jeffrey Garber, Esq. (P and Local Counsel for Hoffman, Olson and
                                                  Veytsman)

Gary Hoffman, Esq. (P)
Bradley Olson, Esq. (P)
Peter Veytsman, Esq. (P)
Wendell Locke, Esq. (Ds and Local Counsel for Selingo)

David Selingo, Esq. (Ds)
311 Market Street
Kingston, PA  18704

(570) 287-2400 (O)
(570) 287-6810 (F)


Ms. Catherine Wade (MIA)
  Executive Service Administrator

2