UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80807-CIV-COHN/SNOW

AIRTIME MANAGEMENT, INC.,

    Plaintiff,

v.

TIME TECHNOLOGIES, INC., et al.,

    Defendants.
_____/



### O R D E R

THIS CAUSE is before the Court on counsel Peter Veytsman's Motion to Appear *Pro Hac Vice* (DE 24). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Peter Veytsman, Esquire, is hereby permitted to enter limited appearances for purposes of representing the plaintiff **Airtime Management, Inc.** in this cause; Jeffrey Garber, Esquire, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 27th day of January, 2005.

                                LURANA S. SNOW
                                UNITED STATES MAGISTRATE JUDGE

Copies to:

See Attached Service List

**SERVICE LIST**

**CASE NO. 05-80807-CIV-COHN/SNOW**

Jeffrey Garber, Esq. (P and Local Counsel for Hoffman, Olson and Veytsman)

Gary Hoffman, Esq. (P)
Bradley Olson, Esq. (P)

Peter Veytsman, Esq. (P)
2101 L Street, NW
Washington, DC  20037

(202) 785-9700 (O)
(202) 887-0689 (W)


Wendell Locke, Esq. (Ds and Local Counsel for Selingo)
David Selingo, Esq. (Ds)


Ms. Catherine Wade (MIA)
   Executive Service Administrator