UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-80807-Civ-COHN/SNOW

AIRTIME MANAGEMENT, INC.,

    Plaintiff,

v.

TIME TECHB=NOLOGIES, INC., and
JOSEPH BEKANICH,

    Defendants.
_____/



## ORDER

THIS CAUSE is before the Court on Defendants, Time Technologies, Inc.'s and Joseph Bekanich's Motion for Protective Order (Docket Entry 27), which was referred to United States Magistrate Judge Lurana S. Snow. The Court being advised, it is hereby

ORDERED AND ADJUDGED that the motion is DENIED AS MOOT.

DONE AND ORDERED at Fort Lauderdale, Florida, this 9th day of February, 2006.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
Jeffrey Garber, Esq. (P and Local Counsel for Hoffman, Olson and Veytsman)
Gary Hoffman, Esq. (P)
Bradley Olson, Esq. (P)
Pter Veytsman, Esq. (P)
Wendell Locke, Esq. (Ds and Local Counsel for Selingo)
David Selingo, Esq. (Ds)

